UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Dana M. Heines
( SSN: XXX-XX-5487 )

Debtor.

Hearing Date:     October 29, 2020
Hearing Time:     10:45 AM
Hearing Location: Albany

Case No. 19-11009
Chapter 13

**AFFIRMATION IN SUPPORT OF MOTION TO DISALLOW CLAIM PURSUANT TO 11 U.S.C §502, 558 AND FED. R. BANKR. P. 3001, 3007**

Andrea E. Celli hereby affirms as follows:

1) Affirmant is the Standing Chapter 13 Trustee in the above captioned bankruptcy proceeding and as such I am fully familiar with the facts and circumstances contained herein.

2) The petition in the above captioned bankruptcy proceeding was filed on May 29, 2019 and the order for relief was entered on the same day.

3) I make this affirmation in support of the motion to disallow the following claim:

| | |
|---|---|
| Court Claim Number: | 2 |
| Claim Holder: | PINNACLE CREDIT SERVICES C/O RESURGENT CAPITAL |
| Claim Amount: | $699.32 |
| Account Number: | 8911 |
| Date Claim Filed: | June 24, 2019 |

on the basis that the documentation attached to the claim indicates that the last transaction date was March 27, 2009, and therefore requisite statute of limitations on the time to collect the debt from the debtor expired prior to the filing of the petition.

**WHEREFORE**, the Trustee respectfully requests that the Court issue an order disallowing the claim and such further relief as the Court deems appropriate.

Respectfully Submitted,

Dated: September 23, 2020

/s/ Andrea E. Celli, Esq.
Andrea E. Celli
Chapter 13 Standing Trustee
NDNY Bar Roll No. 104123
7 Southwoods Blvd.
Albany, NY  12211
(518) 449-2043